# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHANNEL PARTNERS CAPITAL, LLC** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-2868 |
| ) | |
| **STAFFORD TRUCKING INC. and BOGOLJUB** ) | |
| **PANDUROV** ) | |
| ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Juan Washington, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Bogoljub Pandurov in Cook County, IL on April 11, 2024 at 10:07 pm at 1211 South Prairie Avenue, Unit 706, Chicago, IL 60605 by personal service by handing the following documents to an individual identified as Bogoljub Pandurov.

Summons
Complaint and Exhibits

Middle Eastern Male, est. age 35-44, glasses: N, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.8664306879,-87.621923862
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Juan Washington*

Signature
Juan Washington
+1 (708) 996-7939
Proof Illinois LLC
No. 117.001863

Executed in

Cook County ,

IL    on    4/12/2024    .







Exhibit 1c)





